1  JOHN T. KEATING
   Nevada Bar No.: 6373
2  ERIC N. TRAN
   Nevada Bar No.: 11876
3
   **PRINCE | KEATING**
4  9130 West Russell Road, Suite 200
   Las Vegas, Nevada 89148
5  Telephone: (702) 228-6800
6  Facsimile:  (702) 228-0443
   Jkeating@princekeating.com
7  Etran@princekeating.com
8  Attorneys for Plaintiff
   *Allstate Property & Casualty*
9    *Insurance Company*

10              UNITED STATES DISTRICT COURT

11                  DISTRICT OF NEVADA

12

13 | ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, | CASE NO.: 2:13-cv-01854-RCJ-CWH |

14                Plaintiff,

15

16    vs.

17 | SAMMY JOE SOUTH, an individual; TERRY YOUNG, an individual; RASOR ROAD SERVICE, a California business entity of unknown nature; INTERSTATE 15 TOWING & ROADSIDE ASSISTANCE, a California business entity of unknown nature; OREGON MUTUAL INSURANCE COMPANY, an Oregon business entity of unknown nature; DOES I through X; and ROE Corporations I through X, inclusive, | ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST SAMMY SOUTH AND THE SAN BERNARDINO COUNTY FIRE PROTECTION DISTRICT |

18
19
20
21
22

23                Defendants.

24    On January 27, 2015, Plaintiff Allstate Property & Casualty Insurance Company

25 ("Allstate") filed its Motion for Entry of Default Judgment against Defendant Sammy Joe

26
27 South ("South") and the San Bernardino County Fire Protection District ("SBCFPD"). No

28 Opposition was filed by South nor SBCFPD.

The Court having reviewed Allstate's Motion for Entry of Default Judgment and good cause appearing, finds as follows:

## I.   FINDINGS OF FACT

1.     Defendant Sammy South was the owner of a 1979 CSMM ("Motor Home").

2.     On or about September 24, 2012 the Motor Home caught on fire and caused property damage to three nearby homes and ten nearby vehicles belonging to Defendants Terry Young and Rasor Road Service.

3.     After the fire, on October 10, 2012, South gave a recorded statement to a representative of Allstate.

4.     During the recorded statement, South stated that at the time of the fire, he had been living in his Motor Home for approximately a year and a half.

5.     At the time of the fire, South's Motor Home was insured under an Allstate Property and Casualty Motor Home Insurance Policy, Policy Number 986823344 (the "Allstate Policy").

6.     The Allstate Policy provided coverage as follows:

**Motor Home Liability Insurance Bodily Injury Coverage AA and Property Damage Coverage BB**
> **We** will pay those damages which an insured person is legally obligated to pay because of:
>
> 1.     **bodily injury** sustained by any person; and
>
> 2.     damage to, or destruction of, property.
>
> Under these coverages, **your** policy protects an insured person from liability for damages arising out of the ownership, maintenance or use, loading, or unloading of an insured **motor home**.
>
> **We** will defend an insured person sued as the result of a covered **motor**

home accident. **We** will choose the counsel. **We** may settle any claim or suit if **we** believe it is proper. **We** have no duty to defend any suit or settle any claim not covered by this policy.

7.      The Allstate Policy defines the term "Motor Home" as follows:

**"Motor Home"** – means a self-propelled **motor vehicle** equipped, designed or used as a living quarters.

8.      The Allstate Policy lists Policy exclusions, which include, in part:

**Exclusions- What is Not Covered**

**We** will not pay for any damages an insured person is legally obligated to pay because of:

...

12.      **bodily injury** or property damage sustained while occupying your **motor home** as a permanent or primary residence.

## II.  PROCEDURAL HISTORY

9.      On October 10, 2013, Allstate filed this instant Complaint for Declaratory Relief against Defendants Sammy South, Terry Young, Rasor Road Service, Interstate 15 Towing & Roadside Assistance, and Oregon Mutual Insurance Company.

10.     Defendants Terry Young, Rasor Road Service, Interstate 15 Towing & Roadside Assistance, and Oregon Mutual Insurance Company did not file an Answer to Allstate's Complaint.

11.     On November 10, 2013, Allstate reached an agreement to dismiss Terry Young, Rasor Road Service, Interstate 15 Towing & Roadside Assistance, and Oregon Mutual Insurance Company from the Complaint.

12.     Defendant South also failed to Answer the Complaint. The Clerk entered Default against South on October 22, 2014.

13.     Prior to Allstate filing its Motion for Entry of Default Judgment against South,

Allstate discovered that the City of San Bernardino County Fire Protection District ("SBCFPD") obtained a default judgment against South in the amount of $5,220.29 in the Superior Court of California County San Bernardino in small claims case no. SMC BS1300252.

14.     On December 1, 2014, Allstate attempted to contact SBCFPD in order put them (SBCFPD) on notice of Allstate's pending declaratory relief action against South and received no response. Allstate attempted to contact SBCFPD again on December 4, 2014 and December 10, 2014 but received no response.  On both occasions, Allstate left a voice message with SBCFPD requesting that SBCFPD call Allstate back.

15.     On December 9, 2014, this Court issued a Minute Order stating that a status conference was scheduled for December 18, 2014 in the Las Vegas Courtroom before Judge Robert C. Jones.  The Minute Order also required out-of-state counsel who request telephonic appearance to file a Request to Appear Telephonically with the Court on or before 5:00 p.m. on December 15, 2014.

16.     On December 15, 2014, Allstate was finally able to reach Natalie Gentry of the SBCFPD and advised her of (1) Allstate's pending declaratory relief action against South in this Court; and (2) Allstate's intent to file a Motion for Entry of Default Judgment against South. Allstate also advised Ms. Gentry that a status conference was scheduled for December 18, 2014 and that if SBCFPD wishes to participate in this litigation, then they need to respond before December 18, 2014.

17.     On December 18, 2014, Allstate's counsel attended the status conference before this Court. Neither, Ms. Gentry or any other representative from SBCFPD attended the status conference. In addition, no one from SBCFPD returned any of Allstate's counsel's

message nor reached out to Allstate stating that it (SBCFPD) would like to participate in Allstate's declaratory relief action.

18.    On January 27, 2015, Allstate filed its Motion for Entry of Default Judgment Against South and SBCFPD.

### III. CONCLUSIONS OF LAW

Based on the foregoing, the Court finds as follows:

19.    That the Allstate Property and Casualty Motor Home Insurance Policy, Policy Number 986823344, is valid and enforceable;

20.    That the allegations raised in the underlying claim(s) are excluded from coverage under the Allstate Policy;

21.    That the exclusion of bodily injury or property damage sustained while occupying your motor home as a permanent or primary residence is enforceable under Nevada law with respect to Defendants and their claims and allegations against the Allstate Policy;

22.    That Allstate is not required to provide coverage to or pay any claims to Defendants arising out of the losses taking place on or about October 24, 2012;

23.    That SBCFP had notice of Allstate's instant declaratory relief action;

24.    That SBCFPD had notice of the Allstate's intent to file a Motion for Entry of Default Judgment against South;

25.    That SBCFPD had notice of the December 18, 2014 status conference;

26.    That SBCFPD has failed to participate in this litigation and failed to appear for the December 18, 2014 status check;

27.    That SBCFPD has waived its right to participate in this litigation;

28.    That SBCFPD has no interest and takes no position in this litigation;

29.    That Default Judgment is hereby taken against South and SBCFPD.

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that ALLSTATE'S MOTION FOR

ENTRY OF DEFAULT JUDGMENT AGAINST SAMMY SOUTH AND THE SAN BERNARDINO

COUNTY FIRE PROTECTION DISTRICT is GRANTED.

DATED this 10th day of February, 2015.

_____
THE HONORABLE ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

Submitted by:

PRINCE | KEATING

_____
JOHN T. KEATING
Nevada Bar No. 6373
ERIC N. TRAN
Nevada Bar No. 11876
3230 South Buffalo Drive, Suite 108
Las Vegas, NV 89117
*Attorneys for Plaintiff*
*Allstate Property & Casualty*
*Insurance Company*